NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES L. BROOKS,                      )
                                      )
              Appellant,              )
                                      )
v.                                    )          Case No. 2D18-2681
                                      )
STATE OF FLORIDA,                     )
                                      )
              Appellee.               )
_____)

Opinion filed April 24, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Collier County; Frederick R. Hardt,
Judge.

James L. Brooks, pro se.

Ashley Moody, Attorney
General, Tallahassee, for Appellee.


PER CURIAM.


              Affirmed.


NORTHCUTT, KELLY, and ATKINSON, JJ., Concur.